B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Colorado

In re __Mi Pueblo Latin Market, Inc.__      Case No. __15-11349 HRT__

Debtor(s)      Chapter __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$45,693,980.00** | **2013 Gross receipts** |
| **$46,000,000.00** | **2014 Estimated gross receipts** |
| **$8,000,000.00** | **2015 Estimated gross receipts** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

B7 (Official Form 7) (04/13)

2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AJ Produce | 11/14 $10,600; 11/24 $10,600 | $21,200.00 | $0.00 |
| Allied Waste Services 5075 E. 74th Ave. Commerce City, CO 80022 | 11/14 $6,807; 12/14 $12,585; 12/29 $12,585; 1/29 $5,879 | $37,856.00 | $0.00 |
| American Express PO Box 981537 El Paso, TX 79998 | 11/14 $6,226 | $6,226.00 | $0.00 |
| Aspen Paper & Plastic Corp. 2460 Airport Blvd. Unit 200 Aurora, CO 80011 | 1/13 $10,847; 2/3 $6,206; 2/10 $11,852 | $28,905.00 | $9,759.16 |
| Associated Wholesalers | 1/28 $26,550; 1/28 $100,000 | $126,550.00 | $0.00 |
| AV Distributing, Inc. 1299 Brentwood Way Denver, CO 80232 | 10/14 $13,391; 10/14 $15,204; 11/14 $13,363; 11/14 $15,906; 12/14 $16,798; 12/14 $18,368; 12/14 $28,429; 11/18 $13,636; 12/3 $16,798; 12/17 $18,368; 12/29 $28,429; 1/13 $18,818; 1/28 $20,799; 2/10 $22,110 | $121,459.00 | $125,606.47 |
| Banco Popular | 11/14 $24,846; 1/14 $15,000 | $39,846.00 | $0.00 |
| Brinks Incorporated File No. 52005 Los Angeles, CA 90074 | 11/14 $7,372; 11/14 $7,372; 11/17 $7,372; 11/17 $7,372; 1/14 $8,355; 1/14 $8,355 | $46,198.00 | $4,184.80 |
| Campesino/ Colo Ranchers Dairy 10705 E. 51st Ave. Denver, CO 80239 | 11/26 $7,888; 11/14 $5,669; 12/14 $6,443 12/29 $6,443; 1/14 $6,478; 1/15 $6,564; 1/28 $12,188; 2/5 $9,029; 2/12 $10,457 | $71,159.00 | $107,033.72 |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                     3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Capital Premium Finance** | **12/1 $6,398** | **$6,398.00** | **$0.00** |
| **Cargill, Inc.**<br>**PO Box 749481**<br>**Los Angeles, CA 90074** | **12/14 $7,677; 12/29 $7,677;**<br>**1/16 $12,137; 1/22 $5,736;**<br>**1/27 $8,435; 2/3 $27,343;**<br>**2/12 $19,301** | **$88,306.00** | **$6,364.54** |
| **Chase Bank N.A.**<br>**PO Box 78039**<br>**Phoenix, AZ 85062-8039** | **12/1 $10,123; 12/2 $7,741;**<br>**12/3 $7,563; 12/3 $11,868;**<br>**12/29 $7,741; 12/29 $11,000;**<br>**1/21 $10,000;** | **$86,380.00** | **$126,596.35** |
| **City of Thornton** | **11/20 $16,730; 12/1 $16,730;**<br>**12/18 $19,397; 12/31**<br>**$20,000; 1/19 $23,828** | **$96,685.00** | **$0.00** |
| **Colorado Department of Revenue**<br>**Bankruptcy Unit**<br>**1375 Sherman St. Rm. 504**<br>**Denver, CO 80261** | **11/20 $6,533; 12/22 $7053;**<br>**1/19 $6,758** | **$20,344.00** | **$0.00** |
| **Dawn Food Products, Inc.**<br>**PO Box 204347**<br>**Dallas, TX 75320** | **11/24 $6,427; 11/24 $7,000;**<br>**12/23 $7,030; 12/23 $8,372;**<br>**12/30 $6,866; 12/30 $10,165;**<br>**1/14 $22,263; 1/28 $16,000;**<br>**1/21 $16,049** | **$100,172.00** | **$31,958.85** |
| **De La Casa**<br>**22841 E Bellview Ln.**<br>**Aurora, CO 80015** | **12/31 $8,510** | **$8,510.00** | **$2,452.20** |
| **Forwardline**<br>**21700 Oxnard Blvd., Ste. 1450**<br>**Woodland Hills, CA 91367** | **11/29 $8,342; 12/22 $5,863;**<br>**12/15 $7,518; 12/29 $7,435;**<br>**12/29 $7,496; 1/5 $6,150;**<br>**12/31 $6,519** | **$46,323.00** | **$132,959.47** |
| **Freund Investments**<br>**15460 E. Batavia Dr.**<br>**Aurora, CO 80011** | **11/19 $16,500; 1/5 $16,500** | **$33,000.00** | **$1,700.00** |
| **Galaxy Express, Inc.** | **12/3 $5,978; 12/19 $6,865;**<br>**12/31 $9,668; 1/15 $8,469;**<br>**1/23 $10,524;** | **$41,504.00** | **$0.00** |
| **Goya Foods of Texas** | **11/19 $10,000; 12/3 $13,491;**<br>**12/17 $13,491; 1/8 $10,539;**<br>**2/10 $14,503** | **$62,024.00** | **$0.00** |
| **Grande Produce Ltd. Co.**<br>**109 W. Dicker Rd.**<br>**San Juan, TX 78589** | **11/19 $22,521; 11/14**<br>**$27,112; 12/29 $15,000; 12/5**<br>**$25,000; 12/17 $25,340;**<br>**12/29 $31,575; 12/10**<br>**$44,010; 1/21 $20,245; 1/6**<br>**$20,296; 1/13 $22,668; 1/28**<br>**$21,466; 2/4 $21,648; 2/12**<br>**$19,538** | **$316,510.00** | **$65,151.25** |

B7 (Official Form 7) (04/13)

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Harvest Meat Company** <br> **4475 E. 50th Ave.** <br> **Denver, CO 80216** | **11/26 $5,874; 11/18 $6,144; 11/24 $6,309; 11/14 $7,247; 11/26 $8,778; 11/26 $11,578; 11/14 $ 5,855; 12/14 $5,553; 12/14 $5,639; 12/14 $5,695; 12/26 $6,308; 12/12 $6,438; 12/22 $7,797; 12/23 $8,442; 12/26 $9,970; 12/23 $10,804; 12/31 $10,813; 12/31 $12,192; 12/17 $14,850; 12/17 $11,159; 1/5 $8,789; 1/6 $9,761; 1/9 $18,852; 1/14 $9,323; 1/15 $20,937; 1/12 $8,418; 1/13 $19,906; 1/16 $20,000; 1/21 $23,122; 1/22 $7,559; 1/23 $15,000; 1/27 $21,457; 1/29 $22,000; 2/3 -10 $110,014; 2/12 $20,653** | **$503,236.00** | **$479,478.30** |
| **Jetro Cash & Carry** | **11/14 $5,533; 11/14 $5,920; 11/14 $7,000; 11/18 $13,000; 11/18 $13,000; 11/14 $7,600; 12/19 $8,000; 12/19 $13,000; 12/19 $13,750; 12/19 $21,000** | **$153,803.00** | **$0.00** |
| **JPMorgan Chase Bank N.A.** <br> **50 S. Main Street 9th Floor** <br> **OH2-AK04** <br> **Akron, OH 44308-1828** | **11/14 $11,997.** | **$11,997.00** | **$890,000.95** |
| **KBV Wholesalers** | **11/14 $7,756; 12/8 $6,461; 1/15 $5,629; 1/23 $6,047** | **$25,893.00** | **$0.00** |
| **La Bodega, Ltd.** | **10/14 $9,250.** | **$9,250.00** | **$0.00** |
| **La Fe Foods** | **11/14 $5,802** | **$5,802.00** | **$0.00** |
| **Latin Food Imports** | **11/18 $7,176** | **$7,176.00** | **$0.00** |
| **Los Dos Hermanos** <br> **2949 W. Alameda Ave.** <br> **Littleton, CO 80129** | **12/1 $7,791; 1/15 $6,184** | **$13,975.00** | **$6,743.59** |
| **Marquez Brothers International, Inc.** <br> **2250 N. Airport Blvd., Ste. F** <br> **Aurora, CO 80011** | **11/14 $6,389; 11/17 $6,765; 12/17 $6,455; 12/2 $6,859; 1/14 $6,179; 1/15 $5,523; 1/2 $6,724; 2/10 $6,425** | **$51,319.00** | **$39,299.49** |
| **MexHass, LLC** <br> **2121 S. Oneida St., Suite 460** <br> **Denver, CO 80224** | **11/18 $11,291; 11/14 $9,204; 12/3 $10,364; 12/29 $16,209; 2/10 $9,100** | **$56,168.00** | **$1,986.00** |
| **Padilla & Padilla PLLC** <br> **1753 Lafayette Street** <br> **Denver, CO 80218** | **10/14 $6,856; 1/7 $9,711;** | **$16,567.00** | **$0.00** |
| **Pampa Group, LLC** | **12/1 $6,300** | **$6,300.00** | **$0.00** |
| **Pinnacol Assurance** <br> **PO Box 561434** <br> **Denver, CO 80256** | **11/18 $25,300; 2/11 $10,000; 2/13 $15,000** | **$50,300.00** | **$15,590.00** |

B7 (Official Form 7) (04/13)

5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Produce Marketing Group** 7341 Ivy St. Commerce City, CO 80022 | 12/29 $8,645 | $8,645.00 | $1,538.00 |
| **Restaurant Depot** | 1/21 $6,813 | $6,813.00 | $0.00 |
| **Ryan, Gunsauls & O'Donnell, LLC** 5590 E Yale Ave., Ste. 201 Denver, CO 80222 | 12/30 $9,900; 1/22 $10,000; | $19,900.00 | $10,797.63 |
| **Sams Club** PO Box 530942 Atlanta, GA 30353 | 11/14 $5,608; 11/14 $5,708; 11/14 $6,020; 12/19 $20,328; 12/14 $5,696; 1/9 $6,000 | $49,360.00 | $0.00 |
| **Shanghai Land Invetment/Festival Carrie Gruntorad** 3220 Colfax Ave. Denver, CO 80204 | 11/14 $15,000; 12/17 $15,000; 12/19 $15,000 | $45,000.00 | $236,743.07 |
| **Stillman Wholesale Meats** | 11/25 $9,827; 11/14 $9,784; 11/14 $10,023; 11/14 $10,742; 11/27 $11,056; 11/14 $14,523; 11/14 $5,823; 12/14 $5,645; 12/8 $6,225; 12/13 $6,496; 12/18 $7,699; 12/31 $9,604; 1/15 $6,000; 1/7 $6,929; 1/27 $8,147; 2/10 $9,349 | $137,872.00 | $0.00 |
| **Sunrise Partners, LLC** 4949 N. Broadway #105 Boulder, CO 80304 | 12/2 $50,000; 12/31 $50,000; 1/2 $20,000; 1/29 $21,000; 1/30 $25,000 | $166,000.00 | $10,448.41 |
| **Tijuana's Produce, Inc.** PO Box 21413 Los Angeles, CA 90021 | 11/14 $12,000; 12/1 $12,000; 12/16 $12,000; 1/2 $12,000 | $48,000.00 | $92,632.22 |
| **Tortillas Mexico, Inc.** 840 W. 11th Ave. Denver, CO 80204 | 11/14 $6,443; 12/1 $7,851; 12/30 $8,997; 1/8 $6,810; 2/10 $8,548 | $38,649.00 | $41,877.05 |
| **Tortilleria Colorado** 2050 W Mississippi Ave. Denver, CO 80223 | 1/6 $6,114; 2/3 $6,929 | $13,043.00 | $42,104.68 |
| **Vasquez, Angela** | 2/10 | $15,013.00 | $0.00 |
| **Xcel Energy** PO Box 9477 Minneapolis, MN 55484 | 11/14 $38,608; 12/31 $35,168; 1/22 $17,128; 1/28 $18,000; 2/10 $18,000 | $126,904.00 | $41,026.78 |

None   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■   creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
   spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                        6

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Safeway, Inc., vs. Mi Pueblo Latin Market, Inc., et al., Case No 14CV30636** | **Collection** | **District Court, City and County of Denver** | **Judgment** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    7

---

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Inventory, register, pos system** | **Damaged by fire in approximate amount of $18,500. Loss covered by insurance.** | **2/14/2014** |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert Padjen**<br>**5290 DTC Parkway, Suite 150**<br>**Englewood, CO 80111** | **February 2015** | **Debtor paid a pre-petition retainer of $25,000 to pay Court filing fees and professional fees. From that amount, the Court filing fees of $3,428 were paid. Further, Laufer and Padjen LLC received $6,030 prior to filing in payment for pre-petition bankruptcy advice and preparation of the Debtor's Petition and related documents.** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                          8

---

**11.  Closed financial accounts**

None  ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **Checking accounts** | **Closed January 2015** |

---

**12.  Safe deposit boxes**

None  ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None  ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None  ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None  ☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7001 E. 57th Place, Commerce City, CO 80022** | **Mi Pueblo Market** | **2009-2014** |

---

**16. Spouses and Former Spouses**

None  ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

B7 (Official Form 7) (04/13)                                                                                          9

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
       the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐      a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
       partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
       immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
       within **six years** immediately preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
       years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
       years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Mi Pueblo Latin Market, Inc.** | 84-1541403 | **15355 E. Colfax E-2 Englewood, CO 80111** | **Grocery stores** | **1999 to present** |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                          10

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ryan, Gunsauls & O'Donnell, LLC**<br>**5590 E Yale Ave., Ste. 201**<br>**Denver, CO 80222** | **2010 - 2014** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mi Pueblo Latin Market, Inc.** | **15421 E. Batavia Drive**<br>**Aurora, CO 80011** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                11

| | None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|---|
| | ☐ | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jaime Cueva**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **President** | **50% owner** |
| **Daneen Cueva**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | **Vice President** | **50% owner** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jaime Cueva**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011**<br>    **President** | **Salary over previous 12 months** | **$120,000** |
| **Daneen Cueva**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011**<br>    **Vice President** | **Salary over previous 12 months** | **$120,000** |

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)                                                                                                              12

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __March  1, 2015_____          Signature  __/s/ Jaime Antonio Cueva_____
                                                              **Jaime Antonio Cueva**
                                                              **Owner/President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Colorado

In re    __Mi Pueblo Latin Market, Inc._____,    Case No.  __15-11349 HRT_____

                                                        Debtor

Chapter                      __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,675,000.00 | | |
| B - Personal Property | Yes | 4 | 1,425,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 3,387,125.49 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 143,627.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 3,058,261.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 3,100,500.00 | | |
| Total Liabilities | | | | 6,589,013.82 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Colorado

In re   **Mi Pueblo Latin Market, Inc.** _____,   Case No.   **15-11349 HRT** _____
                                                    Debtor

                                                                     Chapter                        **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __**Mi Pueblo Latin Market, Inc.**_____,     Case No. ___**15-11349 HRT**____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Mi Pueblo Store #3 at 6941 E. 80th Ave., Commerce City, CO 80022** | **Fee simple** | - | 1,100,000.00 | 923,256.37 |
| **Mi Pueblo Store #4 at 125 Knox Court, Denver, CO 80219** | **Fee simple** | - | 575,000.00 | 327,097.61 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,675,000.00** | (Total of this page) |
| Total > | **1,675,000.00** |  |

__0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Mi Pueblo Latin Market, Inc.**                           , Case No.   **15-11349 HRT**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Vectra Bank checking account** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        0.00
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mi Pueblo Latin Market, Inc.**                                                 ,    Case No.    **15-11349 HRT**
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet    **1**    of    **3**    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Mi Pueblo Latin Market, Inc._____,       Case No. ___15-11349 HRT____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Dodge Van** | - | **500.00** |
| | | **2005  International Truck** | - | **13,000.00** |
| | | **2007 International Truck** | - | **15,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment subject to Vend Lease Company, Inc., leases** | - | **147,000.00** |
| | | **Equipment and machinery used in office and six stores** | - | **750,000.00** |
| 30. Inventory. | | **Food inventory** | - | **500,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >            **1,425,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mi Pueblo Latin Market, Inc.**                                          ,          Case No.    **15-11349 HRT**
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 1,425,500.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Mi Pueblo Latin Market, Inc.**  ,  Case No. **15-11349 HRT**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Tax lien | | | | | |
| Adams County Treasurer 430 South Admas County Parkway Suite C2436 Brighton, CO 80601 | | - | Mi Pueblo Store #3 at 6941 E. 80th Ave., Commerce City, CO 80022 | | | | | |
| | | | Value $                    1,100,000.00 | | | | 41,785.56 | 0.00 |
| Account No. | | | Tax lien | | | | | |
| Adams County Treasurer 430 South Admas County Parkway Suite C2436 Brighton, CO 80601 | | - | Mi Pueblo Store #4 at 125 Knox Court, Denver, CO 80219 | | | | | |
| | | | Value $                     575,000.00 | | | | 18,567.24 | 0.00 |
| Account No. 2406 | | | First Lien | | | | | |
| GE Transportation Finance PO Box 822108 Philadelphia, PA 19182 | X | - | 2007 International Truck | | | | | |
| | | | Value $                      15,000.00 | | | | 1,071.03 | 0.00 |
| Account No. | | | Second lien | | | | | |
| Harvest Meat Company 4475 E. 50th Ave. Denver, CO 80216 | X | - | Inventory at 64th Ave. 6040 E. | | | | | |
| | | | Value $                     200,000.00 | | | | 479,478.30 | 279,478.30 |

__3__ continuation sheets attached

Subtotal
(Total of this page)

| 540,902.13 | 279,478.30 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                          ,        Case No.   **15-11349 HRT**
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1014** | | | 2010 | | | | | |
| JPMorgan Chase Bank N.A. 50 S. Main Street 9th Floor OH2-AK04 Attn: John Knops Akron, OH 44308-1828 | X | - | Cross collateralized first lien<br><br>Real property and equipment | | | | | |
| | | | Value $              **750,000.00** | | | | 320,151.03 | 0.00 |
| Account No. **1020** | | | 2012 | | | | | |
| JPMorgan Chase Bank N.A. 50 S. Main Street 9th Floor OH2-AK04 Attn: John Knops Akron, OH 44308-1828 | X | - | Cross collateralized first lien<br><br>Real property and equipment | | | | | |
| | | | Value $              **750,000.00** | | | | 597,360.80 | 0.00 |
| Account No. **1022** | | | 2013 | | | | | |
| JPMorgan Chase Bank N.A. 50 S. Main Street 9th Floor OH2-AK04 Attn: John Knops Akron, OH 44308-1828 | X | - | Cross collateralized first lien<br><br>Real property and equipment | | | | | |
| | | | Value $              **750,000.00** | | | | 46,632.28 | 0.00 |
| Account No. **1013** | | | First Deed of Trust | | | | | |
| JPMorgan Chase Bank N.A. 50 S. Main Street 9th Floor OH2-AK04 Akron, OH 44308-1828 | X | - | Mi Pueblo Store #3 at 6941 E. 80th Ave., Commerce City, CO 80022 | | | | | |
| | | | Value $            **1,100,000.00** | | | | 881,470.81 | 0.00 |
| Account No. **1017** | | | First Deed of Trust | | | | | |
| JPMorgan Chase Bank N.A. 50 S. Main Street 9th Floor OH2-AK04 Attn: John Knops Akron, OH 44308-1828 | | - | Mi Pueblo Store #4 at 125 Knox Court, Denver, CO 80219 | | | | | |
| | | | Value $              **575,000.00** | | | | 308,530.37 | 0.00 |

Sheet  **1**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    2,154,145.29        0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                              ,   Case No.   **15-11349 HRT**
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Second Lien | | | | | |
| Safeway, Inc. 4834 Collections Center Drive Chicago, IL 60693 | X | - | | | Equipment from Federal Blvd. store | | | | | |
| | | | | | Value $               125,000.00 | | | | 552,299.07 | 427,299.07 |
| Account No. | | | | | 2012 | | | | | |
| Vend Lease Company 8100 Sandpiper Circle, Ste. 300 Nottingham, MD 21236 | X | - | | | Lease Equipment lease per UCC1 on 6/12 | | | | | |
| | | | | | Value $                 25,000.00 | | | | 22,313.00 | 0.00 |
| Account No. | | | | | 2012 | | | | | |
| Vend Lease Company 8100 Sandpiper Circle, Ste. 300 Nottingham, MD 21236 | X | - | | | Lease Equipment lease per UCC1 on 9/12 | | | | | |
| | | | | | Value $                 40,000.00 | | | | 37,285.00 | 0.00 |
| Account No. | | | | | 2012 | | | | | |
| Vend Lease Company 8100 Sandpiper Circle, Ste. 300 Nottingham, MD 21236 | X | - | | | Lease Equipment lease per UCC1 on 11/12 | | | | | |
| | | | | | Value $                 31,000.00 | | | | 30,351.00 | 0.00 |
| Account No. | | | | | 2013 | | | | | |
| Vend Lease Company 8100 Sandpiper Circle, Ste. 300 Nottingham, MD 21236 | X | - | | | Lease Equipment lease per UCC1 on 6/13 | | | | | |
| | | | | | Value $                 41,000.00 | | | | 40,218.00 | 0.00 |

| Sheet  **2**  of  **3**  continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | 682,466.07 | 427,299.07 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Mi Pueblo Latin Market, Inc.**                              ,    Case No.    **15-11349 HRT**
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | 2013 | | | | | |
| **Vend Lease Company** **8100 Sandpiper Circle, Ste. 300** **Nottingham, MD 21236** | X | - | Lease Equipment lease per UCC1 on 4/13 | | | | | |
| | | | Value $            10,000.00 | | | | 9,612.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **3**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 9,612.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,387,125.49 | 706,777.37 |

B6E (Official Form 6E) (4/13)

.

In re    **Mi Pueblo Latin Market, Inc.**                                   ,        Case No.     **15-11349 HRT**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u>     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Mi Pueblo Latin Market, Inc.**                                          ,          Case No.  __15-11349 HRT__
                                                                 Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2012-2015 | | | | | |
| **Adams County Treasurer** **4430 South Adams County Parkway** **Suite C2436** **Brighton, CO 80601** | - | | **Property taxes** | | | | | 143,627.29 |
| | | | | | | | 143,627.29 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 143,627.29 | |
|---|---|---|---|
| | (Total of this page) | 143,627.29 | 0.00 |
| | Total | 143,627.29 | |
| | (Report on Summary of Schedules) | 143,627.29 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Mi Pueblo Latin Market, Inc._____,    Case No. __15-11349 HRT_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| 7 Up Bottling Co. PO Box 504550 Saint Louis, MO 63150 | - | | | | | | | | 18,632.75 |
| Account No. | | | | | Trade debt | | | | |
| Affordable Fire & Safety 9457 S. University Blvd. #182 Littleton, CO 80126 | - | | | | | | | | 153.00 |
| Account No. | | | | | Trade debt | | | | |
| Allied Fire Protection | - | | | | | | | | 669.28 |
| Account No. | | | | | Trade Debt | | | | |
| American Paper Plastic Converting 6140 E. 49th Ave. Commerce City, CO 80022 | - | | | | | | | | 35,225.10 |

__20__ continuation sheets attached

Subtotal
(Total of this page)    54,680.13

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                        S/N:26006-150218    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                                    ,     Case No.   **15-11349 HRT**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade debt | | | | |
| **Anderson Boneless Beef** 909 E. 75th Ave. Denver, CO 80229 | | | | | | | | 3,586.98 |
| Account No. | | | - | Trade Debt | | | | |
| **Aspen Paper & Plastic Corp.** 2460 Airport Blvd. Unit 200 Aurora, CO 80011 | | | | | | | | 9,759.16 |
| Account No. | | | - | Trade Debt | | | | |
| **AV Distributing, Inc.** 1299 Brentwood Way Denver, CO 80232 | | | | | | | | 116,361.37 |
| Account No. | X | | - | Trade debt | | | | |
| **Bakemark** PO Box 1027 Menomonee Falls, WI 53052 | | | | | | | | 92,544.49 |
| Account No. | | | - | Trade debt | | | | |
| **Big Family Foods, Inc.** 3390 Peoria St., Unit 302 Aurora, CO 80010 | | | | | | | | 3,919.78 |

Sheet no.  **1**  of  **20**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,171.78

B6F (Official Form 6F) (12/07) - Cont.

In re **Mi Pueblo Latin Market, Inc.** ,                Case No. **15-11349 HRT**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| BK Plumbing 12001 E. 33rd Ave. N Aurora, CO 80010 | - | | | | | | 1,725.00 |
| Account No. | | | Trade debt | | | | |
| Blocker, John 353 S. 20th Ave. Brighton, CO 80601 | - | | | | | | 274.00 |
| Account No. | | | Trade debt | | | | |
| Boulder Natural Meats PO Box 16005 Denver, CO 80216 | - | | | | | | 2,861.01 |
| Account No. | X | | Trade debt | | | | |
| Brant Ward Family Trust c/o Richard Strauss 950 S. Cherry St., Ste. 300 Denver, CO 80246 | X - | | | | | | 8,600.00 |
| Account No. x-xx0040 | X | | Lease - safes | | | | |
| Brinks Incorporated File No. 52005 Los Angeles, CA 90074 | X - | | | | | | 4,184.80 |

Sheet no. **2** of **20** sheets attached to Schedule of                Subtotal          | 17,644.81
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mi Pueblo Latin Market, Inc.** ,                    Case No.  **15-11349 HRT**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade debt | | | | |
| **Brush Locker** **128 S. Clayton** **Brush, CO 80723** | | | | | | | | 4,800.73 |
| Account No. | X | | - | Trade debt | | | | |
| **Campesino/ Colo Ranchers Dairy** **10705 E. 51st Ave.** **Denver, CO 80239** | | | | | | | | 104,915.91 |
| Account No. | X | | - | Trade debt | | | | |
| **Cargill, Inc.** **PO Box 749481** **Los Angeles, CA 90074** | | | | | | | | 18,074.91 |
| Account No. **1016** | X | | - | Line of credit | | | | |
| **Chase Bank N.A.** **PO Box 78039** **Phoenix, AZ 85062-8039** | | | | | | | | 126,596.35 |
| Account No. | X | | - | Trade debt | | | | |
| **Cintas The Uniform People** **Cintas Corporation #66** **PO Box 88005** **Chicago, IL 60680** | | | | | | | | 34,557.66 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       288,945.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                               ,   Case No.   **15-11349 HRT**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| City of Westminster PO Box 17040 Denver, CO 80217 | X | - | | | | | | 1,474.58 |
| Account No. | | | | Trade debt | | | | |
| Coca-Cola 75 Remittance Drive, Ste. 1215 Chicago, IL 60675 | X | - | | | | | | 12,117.23 |
| Account No. | | | | Trade debt | | | | |
| Complete Fire Protection, Inc. 2111 S. Jason Street Denver, CO 80223 | | - | | | | | | 420.00 |
| Account No. | | | | Trade debt | | | | |
| D Lunas Dist., LLC PO Box 21121 Denver, CO 80221 | | - | | | | | | 1,456.00 |
| Account No. | | | | Trade debt | | | | |
| Dawn Food Products, Inc. PO Box 204347 Dallas, TX 75320 | X | - | | | | | | 137,206.56 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **152,674.37**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Mi Pueblo Latin Market, Inc._____,    Case No. ___15-11349 HRT_____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Trade debt | | | | |
| De La Casa 22841 E Bellview Ln. Aurora, CO 80015 | | | | | | | | 7,617.63 |
| Account No. | | | - | Trade debt | | | | |
| DeLa Cruz, Jesus 4901 Jasper St. Denver, CO 80239 | | | | | | | | 11,286.15 |
| Account No. | | | - | Trade debt | | | | |
| Denver Syrup and Bar Supply 353 W. 56th Ave. Denver, CO 80216 | | | | | | | | 40.75 |
| Account No. | | | - | Trade debt | | | | |
| Distribuidora Santa Crus 7155 2nd Ave. Denver, CO 80226 | | | | | | | | 7,578.27 |
| Account No. | | | - | Trade debt | | | | |
| E&J International Trading 15360 Allen St. Paramount, CA 90723 | | | | | | | | 7,829.80 |

Sheet no. __5___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        34,352.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                              ,     Case No.   **15-11349 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| El Valle Foods, LLC 2525 S. Blue Island, Ste. 106 Chicago, IL 60608 | X | - | | | | | | 369.59 |
| Account No. | | | | Trade debt | | | | |
| Es Mi Tiempo 215 S. Pecos St. Denver, CO 80223 | | - | | | | | | 3,996.00 |
| Account No. | | | | Trade debt | | | | |
| Estrada & Associates 22 Starling Dr. Pueblo, CO 81005 | | - | | | | | | 2,700.00 |
| Account No. | | | | Trade debt | | | | |
| Fabrica De La Corona S.A.de Great Southwest Sales PO Box 53254 Lubbock, TX 79453 | | - | | | | | | 15,066.00 |
| Account No. MP-6 | | | | Landlord-MP6 | | | | |
| Festival Plaza 3220 W. Colfax Ave. Denver, CO 80204 | X | - | | | | | | 343,256.84 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    365,388.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                      ,      Case No.   **15-11349 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade debt | | | | |
| **Fiesta Frozen Drinks** **PO Box 370124** **Denver, CO 80237** | | | | | | | | 176.00 |
| Account No. | | | - | Trade debt | | | | |
| **Fiesta Mex** **1246 E. Olympic Blvd.** **Los Angeles, CA 90021** | | | | | | | | 2,500.00 |
| Account No. | | | - | Trade debt | | | | |
| **Financial Scientifics, LLC** **OR Arturo Ayala** **7432 E Bates Dr.** **Denver, CO 80231** | | | | | | | | 2,042.50 |
| Account No. | X | | - | Trade debt | | | | |
| **Forwardline** **21700 Oxnard Blvd., Ste. 1450** **Woodland Hills, CA 91367** | | | | | | | | 132,959.47 |
| Account No. **x21-CU** | X | | - | Landlord - Office | | | | |
| **Freund Investments** **15460 E. Batavia Dr.** **Aurora, CO 80011** | | | | | | | | 850.00 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **138,527.97**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                              ,        Case No.   **15-11349 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5A-CU** <br><br> **Freund Investments** <br> **15460 E. Batavia Dr.** <br> **Aurora, CO 80011** | X | - | | Landlord - MP1 | | | | 7,400.00 |
| Account No. <br><br> **Frito Lay** <br> **75 Remittance Drove, Ste. 1217** <br> **Chicago, IL 60675** | X | - | | Trade debt | | | | 53,816.55 |
| Account No. <br><br> **Frosty Freeze** <br> **913 S. Sierra Madre St.** <br> **Colorado Springs, CO 80903** | X | - | | Trade debt | | | | 18,064.37 |
| Account No. <br><br> **Fruitmex, LLC** <br> **125 N. Stevens St.** <br> **El Paso, TX 79905** | X | - | | Trade debt | | | | 154,189.42 |
| Account No. <br><br> **G&I Seafood Wholesale** <br> **648 Stanford Ave.** <br> **Los Angeles, CA 90021** | X | - | | Trade debt | | | | 57,218.15 |

Sheet no. __8__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          290,688.49

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mi Pueblo Latin Market, Inc.**,                    Case No. __15-11349 HRT__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Notice | | | | |
| Gonzalez, Juan Torres 13785 Potomac Street Brighton, CO 80601 | | | | | | | | 0.00 |
| Account No. | X | | - | Trade debt | | | | |
| Grande Produce Ltd. Co. 109 W. Dicker Rd. San Juan, TX 78589 | | | | | | | | 65,151.25 |
| Account No. | X | | - | Trade debt | | | | |
| Guzmamex Products, LLC. PO Box 142 Aurora, CO 80040 | | | | | | | | 2,136.75 |
| Account No. | X | | - | Trade debt | | | | |
| Higueral Produce, Inc. 6500 S. 23 St. McAllen, TX | | | | | | | | 2,925.00 |
| Account No. | | | - | Trade debt | | | | |
| Hispanic Chamber of Commerce 924 W. Colfax Ave., Ste. 201 Denver, CO 80204 | | | | | | | | 1,000.00 |

Sheet no. __9__ of __20__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)        71,213.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Mi Pueblo Latin Market, Inc.**_____,     Case No. ___**15-11349 HRT**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **JM Distributor, Inc.**<br>**4308 Freeport Way**<br>**Denver, CO 80239** | - | | | | | | **1,842.93** |
| Account No. | | | Trade debt | | | | |
| **JMH Distributing Co.**<br>**32789 Starlight Ave.**<br>**Wildomar, CA 92595** | - | | | | | | **1,969.90** |
| Account No. | | | Trade debt | | | | |
| **La Aldea Distributors, Inc.**<br>**215 N Loop 1604 E #17306**<br>**San Antonio, TX 78232** | - | | | | | | **3,967.48** |
| Account No. | | | Trade debt | | | | |
| **La Bonita**<br>**11270 W. 80th Ave.**<br>**Arvada, CO 80005** | - | | | | | | **1,382.54** |
| Account No. | | | Trade debt | | | | |
| **Latino Drain**<br>**10764 Kalamath St.**<br>**Denver, CO 80234** | - | | | | | | **510.00** |

Sheet no. __**10**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **9,672.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                ,   Case No.   **15-11349 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **LEJ Properties** 11400 W. Olympic Blvd., Ste. 330 Los Angeles, CA 90064 | X | - | | | | | | 28,831.53 |
| Account No. | | | | Trade debt | | | | |
| **Los Dos Hermanos** 2949 W. Alameda Ave. Littleton, CO 80129 | | - | | | | | | 2,501.75 |
| Account No. | | | | Trade debt | | | | |
| **Marquez Brothers International, Inc.** 2250 N. Airport Blvd., Ste. F Aurora, CO 80011 | X | - | | | | | | 30,616.63 |
| Account No. | | | | Trade debt | | | | |
| **Meadow Gold Dairies** PO Box 710962 Denver, CO 80271 | X | - | | | | | | 147,510.63 |
| Account No. | | | | Trade debt | | | | |
| **Meat Specialty of Colorado, Inc.** 8001 E. 88th Ave., Ste. E Henderson, CO 80640 | X | - | | | | | | 14,660.33 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

224,120.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                          ,          Case No.   **15-11349 HRT**
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Mexco, LLC PO Box 1475 Addison, TX 75001 | | - | | | | | | 4,247.78 |
| Account No. | | | | Trade debt | | | | |
| MexHass, LLC 2121 S. Oneida St., Suite 460 Denver, CO 80224 | X | - | | | | | | 320.00 |
| Account No. | | | | Trade debt | | | | |
| Mission Foods PO Box 843793 Dallas, TX 75284 | X | - | | | | | | 13,661.50 |
| Account No. | | | | Trade debt | | | | |
| Mojave Foods Corp. - El Guapo 2341 Collections Center Drive Chicago, IL 60693 | X | - | | | | | | 125,783.51 |
| Account No. | | | | Landlord | | | | |
| MP-8-Cagan Mgmt. c/o Banco Popular 16554 Cagan Crossings Blvd. #4 Clermont, FL 34714 | X | - | | | | | | 173,923.26 |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **317,936.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.** ,   Case No.   **15-11349 HRT**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Mundo Mercadus, LLC 600 17th Street, Suite 2800 Denver, CO 80202 | | - | | | | | | 689.96 |
| Account No. | | | | Notice | | | | |
| Padilla & Padilla PLLC 1753 Lafayette Street Denver, CO 80218 | X | - | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Party Bake Insighters 10956 Klingerman Ave. South El Monte, CA 91733 | X | - | | | | | | 8,375.90 |
| Account No. | | | | Trade debt | | | | |
| Pepsi Bottling Group 3801 Brighton Blvd. | X | - | | | | | | 41,964.79 |
| Account No. | | | | Trade debt | | | | |
| Performance Air-Refrigeration & Air 1360 W. Cedar Ave. Denver, CO 80223 | X | - | | | | | | 17,831.03 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       68,861.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                    ,          Case No.   **15-11349 HRT**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Pinnacol Assurance PO Box 561434 Denver, CO 80256 | X | - | | | | | | 15,590.00 |
| Account No. | | | | Trade debt | | | | |
| Presto-X PO Box 14087 Reading, PA 19612 | | - | | | | | | 1,138.15 |
| Account No. | | | | Trade debt | | | | |
| Produce Marketing Group 7341 Ivy St. Commerce City, CO 80022 | | - | | | | | | 3,464.00 |
| Account No. | | | | Trade debt | | | | |
| Publication Printer 2001 S. Platte River Dr. Denver, CO 80223 | | - | | | | | | 15,735.14 |
| Account No. | | | | Trade debt | | | | |
| R&D Marketing, LLC Department R 15 PO Box 830525 Birmingham, AL 35283 | | - | | | | | | 4,080.00 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **40,007.29**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mi Pueblo Latin Market, Inc.**                                          ,        Case No.    **15-11349 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Red Bull Dist. Company 3975 Monaco Parkway, Unit A Denver, CO 80207 | | - | | | | | | 8,939.87 |
| Account No. | | | | Trade debt | | | | |
| Reddy Ice PO Box 730505 Dallas, TX 75231 | | - | | | | | | 17,677.50 |
| Account No. | | | | Trade debt | | | | |
| Retail Data Systems Colorado 4845 Oakland St. Denver, CO 80239 | X | - | | | | | | 592.00 |
| Account No. | | | | Trade debt | | | | |
| Rocky Mountain Lift Truck Service PO Box 5701 Denver, CO 80217 | | - | | | | | | 270.00 |
| Account No. | | | | Trade debt | | | | |
| Rocky Mountain Merchant Services 3333 Warrenville Road, Ste. 223 Lisle, IL 60532 | | - | | | | | | 676.80 |

Sheet no. __15__ of __20__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)    **28,156.17**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                          ,                Case No.   **15-11349 HRT**
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Ryan, Gunsauls & O'Donnell, LLC 5590 E Yale Ave., Ste. 201 Denver, CO 80222 | | - | | | | | | 10,797.63 |
| Account No. | | | | Trade debt | | | | |
| Select Fresh Produce, Inc. 1215 E 8th St. Los Angeles, CA 90021 | | - | | | | | | 40,146.00 |
| Account No. | | | | Trade debt | | | | |
| Selecto, LLC 4969 Colorado Blvd. Denver, CO 80216 | X | - | | | | | | 185.00 |
| Account No. | | | | Trade debt | | | | |
| Sentry Fire & Safety 1294 South Inca Denver, CO 80223 | | - | | | | | | 326.18 |
| Account No. | | | | Store lease MP6 | | | | |
| Shanghai Land Investment/Festival Plaza Carrie Gruntorad 3220 Colfax Ave. Denver, CO 80204 | X | - | | | | | | 278,677.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      330,131.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.** ,                                    Case No. **15-11349 HRT**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Solorzano, Marta D PO Box 26987 Los Angeles, CA 90026 | | - | | | | | 1,175.00 |
| Account No. | | | Trade debt | | | | |
| Sunrise Partners, LLC 4949 N. Broadway #105 Boulder, CO 80304 | X | - | | | | | 10,448.41 |
| Account No. MP2 | | | Landlord - MP2 | | | | |
| Sunrise Partners, LLC 4949 N. Broadway #105 Boulder, CO 80304 | X | - | | | | | 119,171.89 |
| Account No. | | | Trade debt | | | | |
| Sunwest Services 7307 W. 64th Ave. Arvada, CO 80003 | | - | | | | | 7,136.10 |
| Account No. | | | Notice | | | | |
| Tanchuk, Elena 12625 Bates Circle Denver, CO 80237 | | - | | | | | Unknown |

Sheet no. **17** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **137,931.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mi Pueblo Latin Market, Inc.**                          ,     Case No.   **15-11349 HRT**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Tijuana's Produce, Inc. PO Box 21413 Los Angeles, CA 90021 | X | - | | | | | | 92,632.22 |
| Account No. | | | | Trade debt | | | | |
| Tonali Imports PO Box 71 Yorba Linda, CA 92885 | X | - | | | | | | 4,000.00 |
| Account No. | | | | Trade debt | | | | |
| Tortillas Caseras 110 S. Federal, Unit D Denver, CO 80219 | | - | | | | | | 3,866.60 |
| Account No. | | | | Trade debt | | | | |
| Tortillas Mexico, Inc. 840 W. 11th Ave. Denver, CO 80204 | X | - | | | | | | 43,913.87 |
| Account No. | | | | Trade debt | | | | |
| Tortilleria Colorado 2050 W Mississippi Ave. Denver, CO 80223 | X | - | | | | | | 43,442.68 |

Sheet no.  __18__  of  __20__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187,855.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                    ,      Case No.   **15-11349 HRT**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Tortilleria Cuauhtemoc 3133 Peoria St. #207G Aurora, CO 80010 | X | - | | | | | 5,029.38 |
| Account No. | | | Trade debt | | | | |
| Transworks | | - | | | | | 1,100.00 |
| Account No. | | | Trade debt | | | | |
| Tucci Fresh Produce 850 E. 50th Ave., Unit A Denver, CO 80216 | | - | | | | | 12,133.00 |
| Account No. | | | Trade debt | | | | |
| Tyco interated Security PO Box 371967 Pittsburgh, PA 15250 | | - | | | | | 648.72 |
| Account No. | | | Trade debt | | | | |
| United Power PO Box 810535 Denver, CO 80281 | | - | | | | | 5,521.00 |

Sheet no. __19__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **24,432.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mi Pueblo Latin Market, Inc.**                                    ,                    Case No.   **15-11349 HRT**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Velarde Pecans Corp. 3800 Montana Ave. | | - | | | | | 1,290.00 |
| Account No. | | | Trade debt | | | | |
| Voortman Cookies Limited PO Box 4562 Buffalo, NY 14240 | | - | | | | | 4,040.58 |
| Account No. | | | Trade debt | | | | |
| Wisconsin Cheese Group 25194 Network Place Chicago, IL 60673 | | - | | | | | 1,536.00 |
| Account No. | | | Trade debt | | | | |
| X Press Manufacturing 271 FM 306 New Braunfels, TX 78130 | | - | | | | | 514.28 |
| Account No. | | | Trade debt | | | | |
| Xcel Energy PO Box 9477 Minneapolis, MN 55484 | X | - | | | | | 41,487.45 |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **48,868.31**

Total
(Report on Summary of Schedules)        **3,058,261.04**

B6G (Official Form 6G) (12/07)

In re   **Mi Pueblo Latin Market, Inc.**                                          , Case No. ___**15-11349 HRT**___
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Brinks Incorporated**<br>**File No. 52005**<br>**Los Angeles, CA 90074** | **Leases for safes** |
| **Financial Pacific Leasing**<br>**3455 S. 344th Way, Ste. 300**<br>**Auburn, WA 98001** | **Lease of pos system** |
| **Freund Investments**<br>**15460 E. Batavia Dr.**<br>**Aurora, CO 80011** | **Office lease** |
| **Freund Investments**<br>**15460 E. Batavia Dr.**<br>**Aurora, CO 80011** | **Store lease No. 1** |
| **Frontier Communications Corp.**<br>**POB 660831**<br>**Dallas, TX 75266** | **Leases of two copy machines** |
| **MP-8-Cagan Mgmt. c/o Banco Popular**<br>**16554 Cagan Crossings Blvd. #4**<br>**Clermont, FL 34714** | **Store lease No. 8** |
| **Shanghai Land Investment/Festival Plaza**<br>**Carrie Gruntorad**<br>**3220 Colfax Ave.**<br>**Denver, CO 80204** | **Store lease No. 6** |
| **Sunrise Partners, LLC**<br>**4949 N. Broadway #105**<br>**Boulder, CO 80304** | **Store lease No. 2** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Mi Pueblo Latin Market, Inc.**                                                      ,     Case No.    **15-11349 HRT**
                                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Bakemark<br>PO Box 1027<br>Menomonee Falls, WI 53052 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Brant Ward Family Trust<br>c/o Richard Strauss<br>950 S. Cherry St., Ste. 300<br>Denver, CO 80246 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Brinks Incorporated<br>File No. 52005<br>Los Angeles, CA 90074 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Campesino/ Colo Ranchers Dairy<br>10705 E. 51st Ave.<br>Denver, CO 80239 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Cargill, Inc.<br>PO Box 749481<br>Los Angeles, CA 90074 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Chase Bank N.A.<br>PO Box 78039<br>Phoenix, AZ 85062-8039 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Cintas The Uniform People<br>Cintas Corporation #66<br>PO Box 88005<br>Chicago, IL 60680 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | City of Westminster<br>PO Box 17040<br>Denver, CO 80217 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Coca-Cola<br>75 Remittance Drive, Ste. 1215<br>Chicago, IL 60675 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | Dawn Food Products, Inc.<br>PO Box 204347<br>Dallas, TX 75320 |
| Jaime Antonio Cueva<br>18142 E. Adriatic Pl<br>Aurora, CO 80013 | El Valle Foods, LLC<br>2525 S. Blue Island, Ste. 106<br>Chicago, IL 60608 |

**4**
____ continuation sheets attached to Schedule of Codebtors

In re   **Mi Pueblo Latin Market, Inc.**                                    ,        Case No.   **15-11349 HRT**
                                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Festival Plaza**<br>**3220 W. Colfax Ave.**<br>**Denver, CO 80204** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Forwardline**<br>**21700 Oxnard Blvd., Ste. 1450**<br>**Woodland Hills, CA 91367** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Freund Investments**<br>**15460 E. Batavia Dr.**<br>**Aurora, CO 80011** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Freund Investments**<br>**15460 E. Batavia Dr.**<br>**Aurora, CO 80011** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Frito Lay**<br>**75 Remittance Drove, Ste. 1217**<br>**Chicago, IL 60675** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Frosty Freeze**<br>**913 S. Sierra Madre St.**<br>**Colorado Springs, CO 80903** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Fruitmex, LLC**<br>**125 N. Stevens St.**<br>**El Paso, TX 79905** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **G&I Seafood Wholesale**<br>**648 Stanford Ave.**<br>**Los Angeles, CA 90021** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Grande Produce Ltd. Co.**<br>**109 W. Dicker Rd.**<br>**San Juan, TX 78589** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Guzmamex Products, LLC.**<br>**PO Box 142**<br>**Aurora, CO 80040** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Higueral Produce, Inc.**<br>**6500 S. 23 St.**<br>**McAllen, TX** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **LEJ Properties**<br>**11400 W. Olympic Blvd., Ste. 330**<br>**Los Angeles, CA 90064** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Marquez Brothers International, Inc.**<br>**2250 N. Airport Blvd., Ste. F**<br>**Aurora, CO 80011** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re   **Mi Pueblo Latin Market, Inc.**                                    Case No.   **15-11349 HRT**

_____,
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Meadow Gold Dairies**<br>**PO Box 710962**<br>**Denver, CO 80271** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Meat Specialty of Colorado, Inc.**<br>**8001 E. 88th Ave., Ste. E**<br>**Henderson, CO 80640** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **MexHass, LLC**<br>**2121 S. Oneida St., Suite 460**<br>**Denver, CO 80224** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Mission Foods**<br>**PO Box 843793**<br>**Dallas, TX 75284** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Mojave Foods Corp. - El Guapo**<br>**2341 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **MP-8-Cagan Mgmt. c/o Banco Popular**<br>**16554 Cagan Crossings Blvd. #4**<br>**Clermont, FL 34714** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Padilla & Padilla PLLC**<br>**1753 Lafayette Street**<br>**Denver, CO 80218** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Party Bake Insighters**<br>**10956 Klingerman Ave.**<br>**South El Monte, CA 91733** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Pepsi Bottling Group**<br>**3801 Brighton Blvd.** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Performance Air-Refrigeration & Air**<br>**1360 W. Cedar Ave.**<br>**Denver, CO 80223** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Pinnacol Assurance**<br>**PO Box 561434**<br>**Denver, CO 80256** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Retail Data Systems Colorado**<br>**4845 Oakland St.**<br>**Denver, CO 80239** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Selecto, LLC**<br>**4969 Colorado Blvd.**<br>**Denver, CO 80216** |

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re   **Mi Pueblo Latin Market, Inc.**                                          ,   Case No.   **15-11349 HRT**
                                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Shanghai Land Investment/Festival Plaza**<br>**Carrie Gruntorad**<br>**3220 Colfax Ave.**<br>**Denver, CO 80204** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Sunrise Partners, LLC**<br>**4949 N. Broadway #105**<br>**Boulder, CO 80304** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Sunrise Partners, LLC**<br>**4949 N. Broadway #105**<br>**Boulder, CO 80304** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Tijuana's Produce, Inc.**<br>**PO Box 21413**<br>**Los Angeles, CA 90021** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Tonali Imports**<br>**PO Box 71**<br>**Yorba Linda, CA 92885** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Tortillas Mexico, Inc.**<br>**840 W. 11th Ave.**<br>**Denver, CO 80204** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Tortilleria Colorado**<br>**2050 W Mississippi Ave.**<br>**Denver, CO 80223** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Tortilleria Cuauhtemoc**<br>**3133 Peoria St. #207G**<br>**Aurora, CO 80010** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **GE Transportation Finance**<br>**PO Box 822108**<br>**Philadelphia, PA 19182** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Harvest Meat Company**<br>**4475 E. 50th Ave.**<br>**Denver, CO 80216** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **JPMorgan Chase Bank N.A.**<br>**50 S. Main Street 9th Floor**<br>**OH2-AK04**<br>**Attn: John Knops**<br>**Akron, OH 44308-1828** |

Sheet **3** of **4** continuation sheets attached to the Schedule of Codebtors

In re   **Mi Pueblo Latin Market, Inc.**               ,    Case No.   **15-11349 HRT**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **JPMorgan Chase Bank N.A.**<br>**50 S. Main Street 9th Floor**<br>**OH2-AK04**<br>**Attn: John Knops**<br>**Akron, OH 44308-1828** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **JPMorgan Chase Bank N.A.**<br>**50 S. Main Street 9th Floor**<br>**OH2-AK04**<br>**Attn: John Knops**<br>**Akron, OH 44308-1828** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Safeway, Inc.**<br>**4834 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Vend Lease Company**<br>**8100 Sandpiper Circle, Ste. 300**<br>**Nottingham, MD 21236** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Vend Lease Company**<br>**8100 Sandpiper Circle, Ste. 300**<br>**Nottingham, MD 21236** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Vend Lease Company**<br>**8100 Sandpiper Circle, Ste. 300**<br>**Nottingham, MD 21236** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Vend Lease Company**<br>**8100 Sandpiper Circle, Ste. 300**<br>**Nottingham, MD 21236** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **Vend Lease Company**<br>**8100 Sandpiper Circle, Ste. 300**<br>**Nottingham, MD 21236** |
| **Jaime Antonio Cueva**<br>**18142 E. Adriatic Pl**<br>**Aurora, CO 80013** | **JPMorgan Chase Bank N.A.**<br>**50 S. Main Street 9th Floor**<br>**OH2-AK04**<br>**Akron, OH 44308-1828** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Colorado

In re   **Mi Pueblo Latin Market, Inc.**            Case No.    **15-11349 HRT**
                     Debtor(s)           Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner/President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**40**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 1, 2015**            Signature    **/s/ Jaime Antonio Cueva**
                                             **Jaime Antonio Cueva**
                                             **Owner/President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Colorado

In re   **Mi Pueblo Latin Market, Inc.**

,

Debtor

Case No.   **15-11349 HRT**

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Daneen Cueva**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | | | **50% Owner** |
| **Jaime Cueva**<br>**15421 E. Batavia Drive**<br>**Aurora, CO 80011** | | | **50% owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  1, 2015**

Signature   **/s/ Jaime Antonio Cueva**

**Jaime Antonio Cueva**
**Owner/President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Colorado

In re  __Mi Pueblo Latin Market, Inc.__

Debtor(s)

Case No.  __15-11349 HRT__

Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __Mi Pueblo Latin Market, Inc.__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Daneen Cueva**
**15421 E. Batavia Drive**
**Aurora, CO 80011**

**Jaime Cueva**
**15421 E. Batavia Drive**
**Aurora, CO 80011**

☐ None [*Check if applicable*]

__March  1, 2015__

Date

**/s/ Robert Padjen**

**Robert Padjen 14678**

Signature of Attorney or Litigant

Counsel for  __Mi Pueblo Latin Market, Inc.__

**Laufer and Padjen LLC**
**5290 DTC Parkway, Suite 150**
**Englewood, CO 80111**
**(303) 830-3173 Fax:(303) 830-3135**