# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Mi Pueblo Latin Market, Inc. ) | Case No. 15-11349 HRT |
| Tax ID / EIN: 84-1541403 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. | |

## UNITED STATES TRUSTEE'S APPOINTMENT
## OF UNSECURED CREDITORS' COMMITTEE

The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors Committee in the case of Mi Pueblo Latin Market, Inc.:

Financial Scientifics
7432 E. Bates Drive
Denver, CO   80231
Attn:   Arturo Ayala*
(303) 346-8669
Arturo.ayala@financialscientifics.com

Tijuanas Produce, Inc.
733 S. Central Avenue
Los Angeles, CA 90021
(213) 627-9932
paco@tijuanasproduce.com
Attn:   Thomas P. Walsh

Partybake Insighters, Inc.
10956 Klingerman Street
S. El Monte, CA   91733
Attn:   David Chan
partybake@me.com
(626) 975-1106

Tortilleria Colorado
2050 W. Mississippi Ave.
Denver, CO   80223
Attn:   David Trevizo
DavidTrevizo2011@hotmail.com
(303) 934-9210

Performance Air Cooling, Inc.
1360 W. Cedar Ave.
Denver, Co   80223
Attn:   Alison Terry
Alisonterry@performanceaircooling.com
(303) 778-0100 x204

G.I Seafood
648 Stanford Ave.
Los Angeles, CA   90021
Attn:   Enrique Trjo
giseafood@yahoo.com
(213) 228-8995

BakeMark USA, LLC
4919 Kingston St.
Denver, CO   80239
Attn:   Robert Alarcon
Robert.alarcon@csmbakerysolutions.com
(303) 375-1041

    * Arturo Ayala is hereby designated as Chair of the Committee until the Committee can meet and elect the Chair of the Committee.

Dated:   April 6, 2015                    Respectfully submitted,

                                              PATRICK S. LAYNG
                                              UNITED STATES TRUSTEE

                                              /s/ Alison Goldenberg
                                              By: Alison Goldenberg, Esq. #37138
                                              Trial Attorney for the U.S. Trustee
                                              1961 Stout Street, Suite 12-200
                                              Denver, CO   80294
                                              (303) 312-7238
                                              (303) 312-7259 fax
                                              Alison.Goldenberg@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the **UNITED STATES TRUSTEE'S APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid, to the following parties below and on the attached mailing matrix:

Dated: April 6, 2015

Mi Pueblo Latin Market, Inc.
15421 E. Batavia Drive
Aurora, CO 80011

Robert Padjen
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Joaquin G. Padilla, Esq.
Padilla & Padilla, PLLC
1753 Lafayette Street
Denver, Colorado 80218

Joseph A. Murr, Esq.
Geoffrey L. Lindquist, Esq.
Murr Siler & Accomazzo, P.C.
410 17th Street, Suite 2400
Denver, Colorado 80202

Alan D. Sweetbaum, Esq.
Sweetbaum Sands Anderson PC
1125 17th Street, Suite 2100
Denver, CO 80202

/s/Janice Hensen
Office of the United States Trustee