# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Mi Pueblo Latin Market, Inc. ) | Case No. 15-11349 HRT |
| Tax ID / EIN: 84-1541403 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. | |

## UNITED STATES TRUSTEE'S SECOND AMENDED APPOINTMENT
## OF UNSECURED CREDITORS' COMMITTEE

The United States Trustee hereby files an amended appointment to the Official Unsecured Creditors Committee in the case of Mi Pueblo Latin Market, Inc.:

Tijuanas Produce, Inc.
733 S. Central Avenue
Los Angeles, CA 90021
(213) 627-3821
paco@tijuanasproduce.com
Attn:   Thomas P. Walsh

Partybake Insighters, Inc.
10956 Klingerman Street
S. El Monte, CA   91733
Attn:   David Chan
partybake@me.com
(626) 975-1106

American Paper & Plastic
6140 E. 49th Ave.
Commerce City, CO   80022
Attn:   Jorge Solorio
jamericanpaper@aol.com
720-239-3335

Performance Air Cooling, Inc.
1360 W. Cedar Ave.
Denver, Co   80223
Attn:   Alison Vaughn Terry*
Alisonterry@performanceaircooling.com
(303) 778-0100 x204

G.I Seafood
648 Stanford Ave.
Los Angeles, CA   90021
Attn:   Enrique Trejo
giseafood@yahoo.com
(213) 228-8983

BakeMark USA, LLC
4919 Kingston St.
Denver, CO   80239
Attn:   Robert Alarcon
Robert.alarcon@csmbakerysolutions.com
(303) 375-1041

The following member has resigned from the committee.

Financial Scientifics
7432 E. Bates Drive
Denver, CO   80231
Attn:   Arturo Ayala
(303) 346-8669
Arturo.ayala@financialscientifics.com


\* Alison Vaughn Terry is hereby designated as Chair of the Committee.


Dated:     April 27, 2015                    Respectfully submitted,

                                             PATRICK S. LAYNG
                                             UNITED STATES TRUSTEE

                                             /s/ Alison Goldenberg
                                             By: Alison Goldenberg, Esq. #37138
                                             Trial Attorney for the U.S. Trustee
                                             1961 Stout Street, Suite 12-200
                                             Denver, CO   80294
                                             (303) 312-7238
                                             (303) 312-7259 fax
                                             Alison.Goldenberg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the **UNITED STATES TRUSTEE'S SECOND AMENDED APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid, to the following parties below and on the attached mailing matrix:

Dated:  April 27, 2015

Mi Pueblo Latin Market, Inc.
15421 E. Batavia Drive
Aurora, CO 80011

Robert Padjen
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Joaquin G. Padilla, Esq.
Padilla & Padilla, PLLC
1753 Lafayette Street
Denver, Colorado 80218

Joseph A. Murr, Esq.
Geoffrey L. Lindquist, Esq.
Murr Siler & Accomazzo, P.C.
410 17th Street, Suite 2400
Denver, Colorado 80202
Attn:   Thomas P. Walsh

Partybake Insighters, Inc.
10956 Klingerman Street
S. El Monte, CA   91733
Attn:   David Chan

American Paper & Plastic
6140 E. 49th Ave.
Commerce City, CO   80022
Attn:   Jorge Solorio

Performance Air Cooling, Inc.
1360 W. Cedar Ave.
Denver, Co   80223
Attn:   Alison Vaughn Terry

G.I Seafood
648 Stanford Ave.
Los Angeles, CA   90021

Alan D. Sweetbaum, Esq.
Sweetbaum Sands Anderson PC
1125 17th Street, Suite 2100
Denver, CO 80202

Tijuanas Produce, Inc.
733 S. Central Avenue
Los Angeles, CA 90021

BakeMark USA, LLC
4919 Kingston St.
Denver, CO   80239
Attn:   Robert Alarcon

Financial Scientifics
7432 E. Bates Drive
Denver, CO   80231
Attn:   Arturo Ayala

Attn: Enrique Trejo

/s/ Janice Hensen
Office of the United States Trustee
