**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MI PUEBLO LATIN MARKET, INC. | ) | Case No. 15-11349 HRT |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPLICATION TO EMPLOY GOLDSTEIN & MCCLINTOCK LLLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**OBJECTION DEADLINE: MAY 12, 2015**

YOU ARE HEREBY notified that the Official Committee of Unsecured Creditors of Mi Pueblo Latin Market, Inc. (the "*Committee*") has filed an Application to Employ Goldstein & McClintock LLLP ("*G&M*") as Counsel to the Committee (the "*Application*").  G&M has received no retainer at this point.

If you oppose the Application or object to the requested relief, your objection and request for a hearing must be filed on or before the objection deadline stated above, served on G&M at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.

*[Remainder of Page Intentionally Left Blank]*

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Respectfully submitted,

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MI PUEBLO LATIN MARKET, INC.**

  /s/ Thomas R. Fawkes
Thomas R. Fawkes, Esq.
Brian J. Jackiw, Esq.
**GOLDSTEIN & MCCLINTOCK LLLP**
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Telephone: (312) 337-7700
Facsimile: (312) 277-2305
e-mail: tomf@restructuringshop.com
e-mail: brianj@restructuringshop.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*