# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re:<br>**MI PUEBLO LATIN MARKET, INC.**,<br><br>        Debtor.<br><br>EIN: 84-1541403<br><br>In Re:<br>**JAIME ANTONIO CUEVA**,<br><br>        Debtor.<br><br>SSN: XXX-XX-0911 | Case No. 15-11349 HRT<br><br>Chapter 11<br><br><br><br>Case No.15-11350 HRT<br><br>Chapter 11 |

### MOTION TO SET BAR DATE FOR FILING PROOFS OF CLAIM AND INTEREST AND REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. SECTION 503(b)(9) AND TO APPROVE THE FORM, MANNER, AND NOTICE THEREOF

**MI PUEBLO LATIN MARKET, INC.**, and **JAIME ANTONIO CUEVA** (the "Debtors"), through their respective undersigned counsel, hereby request that the Court set a date certain by which claimants must file proofs of claim in the above captioned bankruptcy cases or waive such claims. In support, the Debtors state:

    1. On February 14, 2015, the Debtors each filed for relief under Chapter 11 of the United States Bankruptcy Code and remain as a Debtors in possession. The Debtors timely filed their Statements of Affairs and Schedules of Assets and Liabilities.

    2. Bankruptcy Rule of Procedure 3003(c)(3) provides, in cases filed under Chapter 11, that the Court shall fix the time within which proofs of claim must be filed, subject to certain exceptions. Rule 3003(c)(2) provides that any creditor whose claim is not scheduled or scheduled as disputed, contingent, or unliquidated must file a proof of claim or such creditor will not be treated as a creditor for the purposes of plan voting or distribution.

    3. The Debtors will file a plans and disclosure statements in the next two months. In order for the Debtors to ensure that their plans and disclosure statements are accurate, the Debtors needs to determine what disputed, contingent, and unliquidated claims may be asserted, if any, as well as to determine what claims may be disputed in amount only.

    4. The Debtors assert that the Court should set a bar date by which proofs of claim must be filed for all claims or interests that are scheduled by the Debtors as disputed, contingent, or unliquidated or that are scheduled in an amount differing from the amount asserted by the claimant. Further, the Debtors assert that any individual or entity that desires to file a Motion or Request for Allowance of Administrative Expense Claim under Bankruptcy Code Section 503(b)(9) should also file such by said bar date.

    5. Bankruptcy Rule of Procedure 2002(a)(7) provides that notice of the time fixed by the Court for filing proofs of claim or interest shall not be less than 21 days, and the Debtors assert that 40 days notice is an adequate amount of time to file such proofs of claims or interests under the circumstances of this case.

6. In order to provide adequate notice to parties in interest, the Debtors propose to transmit, by first class United States mail, to all parties in interest the Court's Order and a notice in a form substantially similar to that prescribed by Local Bankruptcy Form 3003-1.1 and attached hereto as an exhibit.

WHEREFORE, the Debtors request that the Court set a date certain by which all claims or interests that are not scheduled, scheduled as disputed, contingent or unliquidated, or scheduled in an amount differing from the amount asserted by the claimant must be filed or waived for the purpose of plan voting and distribution and grant further relief as requested above.

Respectfully submitted this 6th day of May, 2015.

/s/Robert Padjen
Robert Padjen #14678
Laufer and Padjen LLC
5290 DTC Parkway, Suite 150
Englewood, CO 80111
(303) 830-3173
(303) 850-7115 Fax
Attorneys for Mi Pueblo Latin Market, Inc.

/s/Joaquin G. Padilla
Joaquin G. Padilla #28079
Padilla & Padilla, PLLC
1753 Lafayette Street
Denver, CO 80218
(303) 832-7145
(303) 832-7147 Fax
Attorneys for Jaime Antonio Cueva

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2015, I caused the foregoing document to be deposited in the United States Mail, First Class postage prepaid, addressed to the list attached to the original hereof.

/s/Robert Padjen