## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Mi Pueblo Latin Market, Inc. | ) | Case No. 15-11349 HRT |
| Tax ID / EIN: 84-1541403 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | | |

### UNITED STATES TRUSTEE'S THIRD AMENDED APPOINTMENT
### OF UNSECURED CREDITORS' COMMITTEE

The United States Trustee hereby files an amended appointment to the Official Unsecured Creditors Committee in the case of Mi Pueblo Latin Market, Inc.:

Tijuanas Produce, Inc.
733 S. Central Avenue
Los Angeles, CA 90021
(213) 627-3821
paco@tijuanasproduce.com
Attn:   Thomas P. Walsh

Partybake Insighters, Inc.
10956 Klingerman Street
S. El Monte, CA    91733
Attn:   David Chan
partybake@me.com
(626) 975-1106

American Paper & Plastic
6140 E. 49th Ave.
Commerce City, CO    80022
Attn:   Jorge Solorio
jamericanpaper@aol.com
720-239-3335

Performance Air Cooling, Inc.
1360 W. Cedar Ave.
Denver, Co    80223
Attn:   Alison Vaughn Terry*
Alisonterry@performanceaircooling.com
(303) 778-0100 x204

G.I Seafood
648 Stanford Ave.
Los Angeles, CA   90021
Attn:   Enrique Trejo
giseafood@yahoo.com
(213) 228-8983

BakeMark USA, LLC
4919 Kingston St.
Denver, CO   80239
Attn:   Robert Alarcon
Robert.alarcon@csmbakerysolutions.com
(303) 375-1041

The following member has been added to the committee.

Colorado Ranchers Dairy Products
10705 E. 51st Avenue
Denver, CO   80239
Attn:   Monica Mata
mmata@quesocampesino.com
(303) 316-4251


* Alison Vaughn Terry is hereby designated as Chair of the Committee.


Dated:   May 13, 2015                    Respectfully submitted,

                                         PATRICK S. LAYNG
                                         UNITED STATES TRUSTEE

                                         /s/ Alison Goldenberg
                                         By: Alison Goldenberg, Esq. #37138
                                         Trial Attorney for the U.S. Trustee
                                         1961 Stout Street, Suite 12-200
                                         Denver, CO   80294
                                         (303) 312-7238
                                         (303) 312-7259 fax
                                         Alison.Goldenberg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the **UNITED STATES TRUSTEE'S THIRD AMENDED APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid, to the following parties below and on the attached mailing matrix:

Dated: May 13, 2015

Mi Pueblo Latin Market, Inc.
15421 E. Batavia Drive
Aurora, CO 80011

Robert Padjen
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Joaquin G. Padilla, Esq.
Padilla & Padilla, PLLC
1753 Lafayette Street
Denver, Colorado 80218

Joseph A. Murr, Esq.
Geoffrey L. Lindquist, Esq.
Murr Siler & Accomazzo, P.C.
410 17th Street, Suite 2400
Denver, Colorado 80202

Partybake Insighters, Inc.
10956 Klingerman Street
S. El Monte, CA   91733
Attn:   David Chan

American Paper & Plastic
6140 E. 49th Ave.
Commerce City, CO   80022
Attn:   Jorge Solorio

Performance Air Cooling, Inc.
1360 W. Cedar Ave.
Denver, Co   80223
Attn:   Alison Vaughn Terry

Alan Sweetbaum
Sweetbaum Sands Anderson PC
1125 17th Street, Suite 2100
Denver, CO 80202

Tijuanas Produce, Inc.
733 S. Central Avenue
Los Angeles, CA 90021
Attn:   Thomas Walsh

BakeMark USA, LLC
4919 Kingston St.
Denver, CO   80239
Attn:   Robert Alarcon

Colorado Ranchers Dairy Products
10705 E. 51st Avenue
Denver, CO   80239
Attn:   Monica Mata

Thomas Fawkes, Esq.
Brian Jackiw, Esq.
Goldstein & McClintock, LLLP
208 South LaSalle Street
Suite 1750
Chicago, IL   60604

G.I Seafood
648 Stanford Ave.
Los Angeles, CA 90021
Attn: Enrique Trejo

                                                /s/Nicole Nagler
                                                Office of the United States Trustee