UNITED STATES BANKRUPTCY COURT
FOR THE _____ DISTRICT OF _____
CH 11 POST-CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Mi Pueblo Latin Market, Inc.     **CH. 11 CASE NO:** 15-11349HRT

**FOR QUARTER ENDED:** January 10, 2017

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 452,513 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 812,579 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 899,484 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 365,608 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|---|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ | $ 35,452 | $ 303,645 |
| | Plan Trustee Expense | | | |
| | Attorney Fees - Trustee | | 55,807 | 177,354 |
| | Attorney Fees - Debtor | | 89,283 | 134,356 |
| | Other Professionals | | | |
| | Other Administrative Expenses | 13,000 | 82,875 | 87,750 |
| | **TOTAL ADMINISTRATIVE EXPENSES** | $ 13,000 | $ 263,417 | $ 703,105 |
| 2. | SECURED CREDITORS | $ | 50,544 | 2,489,961 |
| 3. | PRIORITY CREDITORS | $ | 13,109 | 79,496 |
| 4. | UNSECURED CREDITORS | $ | 563,076 | 5,267,202 |
| 5. | EQUITY SECURITY HOLDERS | $ | | |
| 6. | Attach additional sheets as necessary | $ | 0 | |
| | **TOTAL PLAN PAYMENTS** | $ 13,000 | $ 890,146 | $ 8,539,764 |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** $ | 13,000.00 | 1/5/2017 | 5510 |

**PLAN STATUS:**                                                                  Yes        No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)    X
2. Are all post-confirmation obligations current? (If no, attach explanation.)    X
3. Projected date of application for final decree:    01/2017

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Mi Pueblo Latin Market, Inc.    05/15/17
Reorganized Debtor    Date                        Date

By: _[signature]_    President
Signature    Title                         Signature of Co-Debtor, if applicable

Jaime Antonio Cueva    (303) 531-2488
Printed Name    Telephone Number              Printed Name

*2014-09*